# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 5, 2019

Lyle W. Cayce
Clerk

No. 18-31010
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

TENISHA DESHEA CARTER, also known as Nicky; RAMON TERRELL
DANIELS, also known as Ramon Daniels, also known as Mon,

Defendants-Appellants

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 5:10-CR-230-3

Before HIGGINSON, COSTA, and HO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Ramon Terrell Daniels has moved
for leave to withdraw and has filed a brief in accordance with *Anders
v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229
(5th Cir. 2011). Daniels has not filed a response. We have reviewed counsel's
brief and the relevant portions of the record reflected therein. We concur with

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-31010

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.